IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　　CRIMINAL NO.  4:07cr17WHB-LRA

JESSIE TOOLES, JR

ORDER OF DISMISSAL
COUNTS 2-3

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Counts 2-3 of the Criminal Indictment against the defendant, JESSIE TOOLES, JR, without prejudice.

　　　　　　　　　　　　　　　　　　DUNN LAMPTON
　　　　　　　　　　　　　　　　　　United States Attorney

Date:　　June 13, 2008　　　　　　By:　s/ Erin O. Chalk
　　　　　　　　　　　　　　　　　　Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal of Count 2-3.

ORDERED this the 16th day of June, 2008.

　　　　　　　　　　　　　　　　　　s/William H. Barbour, Jr.
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE